## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

PENNY D. WALTER,

    Plaintiff,

vs.

    Case No. 21-12687

    Hon. Shalina D. Kumar

AETNA LIFE INSURANCE COMPANY,

    Defendant.

_____

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the parties' Stipulation as set forth below, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned lawsuit and all claims and causes of action therein are dismissed with prejudice and without costs or attorneys' fees.

IT IS SO ORDERED this 16th day of March, 2022.

                                    s/Shalina D. Kumar
                                    SHALINA D. KUMAR
                                    UNITED STATES DISTRICT JUDGE

**We hereby stipulate to the entry of the above Order:**

| | |
|---|---|
| *s/Troy W. Haney (with consent)* | *s/Brian Downey* |
| Troy W. Haney | Brian P. Downey, Esq. |
| HANEY LAW OFFICE, P.C. | TROUTMAN PEPPER |
| 330 East Fulton Street | HAMILTON SANDERS LLP |
| Grand Rapids, MI 49503 | 100 Market Street, Suite 200 |
| 616.235.2300 (p) | Harrisburg, PA 17108-1181 |
| 616.459.0137 (f) | 717.255.1155 |
| thaney@troyhaneylaw.com | 717.238.0575 |
| | brian.downey@troutman.com |
| **Attorney for Plaintiff** | |
| | Joshua L. Zeman (P80055) |
| | TROUTMAN PEPPER |
| | HAMILTON SANDERS LLP |
| Dated: March 15, 2022 | 4000 Town Center, Suite 1800 |
| | Southfield, MI 48075-1505 |
| | 248.359.7300 (p) |
| | 248.359.7700 (f) |
| | joshua.zeman@troutman.com |
| | **Attorneys for Defendant** |